IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEBRA ANN RAY,                       )
                                     )
            Plaintiff,               )
                                     )
    v.                               )
                                     )    1:17CV996
NANCY A. BERRYHILL, Acting           )
Commissioner of Social Security,     )
                                     )
            Defendant.               )

## ORDER

On August 29, 2018, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action, and a copy was given to the court.

Within the time limitation set forth in the statute, counsel for Plaintiff objected to the Recommendation. (Doc. 21.)

The court has made a *de novo* determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Plaintiff's Motion for Judgment seeking a reversal of the Commissioner's decision (Doc. 13) is DENIED, that the Defendant's Motion for Judgment on the Pleadings (Doc. 17) is GRANTED, that the final decision of the Commissioner be upheld, and that this action is DISMISSED WITH

PREJUDICE.  A Judgment dismissing this action will be entered contemporaneously with this Order.

                                      /s/    Thomas D. Schroeder
                                     United States District Judge

October 3, 2018